# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID PAUL NUSSBAUMER, III

NO.   2026 CW 0513

VERSUS

JANETTE KAYE BOWDEN
NUSSBAUMER

**APRIL 15, 2026**

---

In Re:    Janette Kay Bowden Nussbaumer, applying for supervisory
writs, Family Court in and for the Parish of East Baton
Rouge, No. 237134.

---

BEFORE:   **LANIER, WOLFE, AND HESTER, JJ.**

   **STAY DENIED; WRIT DENIED.** The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396
So.2d 878 (La. 1981) (*per curiam*) are not met.

                    **WIL**
                    **EW**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT